Stephen A. **ELEY,** Appellant,

v.

**U.S. DEPARTMENT OF VETERANS AFFAIRS,** Appellee.

No. 06–1842.

United States Court of Appeals, Eighth Circuit.

Submitted: Sept. 18, 2007.

Filed: Sept. 20, 2007.

---

Stephen A. Eley, Minneapolis, MN, pro se.

Lonnie Frank Bryan, Assistant U.S. Attorney, U.S. Attorney's Office, Minneapolis, MN, for Appellee.

Before WOLLMAN, COLLOTON, and BENTON, Circuit Judges.

---

PER CURIAM.

Stephen A. Eley appeals the district court's[1] adverse grant of summary judgment in his employment-discrimination action against his former employer, the Veterans Administration Medical Center. Having carefully reviewed the record and considered Eley's arguments, we find no basis for reversal. *See Jacob–Mua v.*

1997), and in any event the arguments fail. Accordingly, we deny the motion.

---

1. The Honorable John R. Tunheim, United States District Judge for the District of Minnesota, adopting the proposed findings and recommendations of the Honorable Franklin L. Noel, United States Magistrate Judge for the District of Minnesota.

*Veneman,* 289 F.3d 517, 520 (8th Cir.2002) (de novo standard of review). Accordingly, we affirm. *See* 8th Cir. R. 47B.